**PANDUIT CORP., Plaintiff–Appellee,**

v.

**BAND–IT–IDEX, INC., Defendant–Appellant.**

No. 02–1575.

United States Court of Appeals, Federal Circuit.

DECIDED: Feb. 26, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).